# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STEVEN DILLON,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY BEARD, Warden,<br><br>Respondent. | Case No. ED CV 15-521 AB (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: December 10, 2015

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE