# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STEVEN DILLON,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, Warden,<br><br>    Respondent. | Case No. ED CV 15-521 AB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 10, 2015

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE